**Order entered November 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00923-CV

### CURTIS MAYS, Appellant

### V.

### PIPER HUNN, TRISHA MOORE AND
### RED DOG PROPERTIES, LLC, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04535-C**

## ORDER

On October 24, 2019, we ordered the appeal submitted without the reporter's record and, as appellant had already filed his opening brief, ordered appellees to file their responsive brief by November 13, 2019. Before the Court is appellant's October 28, 2019 letter of explanation in which he states, in relevant part, that he did not request the reporter's record because he thought the Court had requested it. We construe that portion of the letter as a motion to partially vacate our October 24th order and rule as follows.

We **VACATE** that portion of our October 24th order submitting the appeal without the reporter's record and ordering appellees' responsive brief be filed by November 13th. We **ORDER** Janet E. Wright, Official Court Reporter for County Court at Law No. 3, to file the

reporter's record no later than December 6, 2019. We further **ORDER** appellant to file any amended brief no later than December 20, 2019. Appellees' brief shall be filed no later than January 21, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.

/s/     KEN MOLBERG
        JUSTICE